# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:12CV2102 TCM |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court are petitioner's post-dismissal memoranda to the Court relating to his alleged mistreatment at Jefferson City Correctional Center. The Court dismissed petitioner's application for writ of habeas corpus as duplicative on December 13, 2012. And on January 7, 2013, the Court denied petitioner's motion for issuance of an arrest warrant of his current custodians, Jeff Norman and Stephen Hawk.

In his newest memoranda before the Court, petitioner complains that he is in eminent danger of serious risk of physical harm, but none of his specific allegations show any risk of physical harm. Rather, he alleges a financial conspiracy and a conspiracy to "shut me up by any means," without any specific allegations that he is in fact in physical danger. Moreover, the Court has reviewed petitioner's claims and found that they are completely lacking in lack merit. As

petitioner is aware, because he is a frequent filer before this Court, claims of this type are simply not cognizable in a closed habeas corpus action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's post-dismissal memoranda for relief relating to his current conditions of confinement [Doc. #24 and #25] are **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall not be allowed to file any additional motions or memoranda in this closed case.  Any additional correspondence sent by petitioner, unless it involves appellate matters, shall be returned to him.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. 28 U.S.C. § 2253.

Dated this 25th day of January, 2013.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE